**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**ODIS DAVID SMITH, # 82469**          *          **CIVIL ACTION**

**VERSUS**                            *          **NO. 06-3520**

**WARDEN JEFFERY E. TRAVIS**          *          **SECTION R (6)**


<u>**REPORT AND RECOMMENDATION**</u>

This matter was referred to the United States Magistrate Judge for the purpose of conducting hearings, including an evidentiary hearing, if necessary, and submission of proposed findings and recommendations for disposition pursuant to 28 U.S.C. § 636(b) (1)(B) and (C), and as applicable, Rule 8(b) of the Rules Governing Section 2254 Cases. Upon review of the entire record, the Court has determined that this matter can be disposed of without an evidentiary hearing. For the reasons set forth below, it is recommended that the instant petition be **VOLUNTARILY DISMISSED WITH PREJUDICE**.[1]

On or about July 12, 2006, petitioner, Odis David Smith, filed the above-captioned habeas corpus action seeking relief from his convictions for simple escape and aggravated flight from a police officer, which were obtained in the 22nd Judicial District Court, St. Tammany Parish, Louisiana. A response from the State was ordered on July 12, 2006 and

---

[1]Since this dismissal is not an adjudication on the merits, petitioner's other habeas applications are not barred as successive.

received  on November 9, 2006.  Therein, the State asserts that Smith was convicted via a jury trial of one count of simple escape and one count of aggravated flight from an officer in Docket Number 334157, for which he was sentenced to five years at hard labor and to two years at hard labor, respectively, both sentences to run consecutive to one another.  Smith was later adjudicated to be a third felony offender.  As a result, his sentence for simple escape was vacated and he was sentenced to ten years as a habitual offender, to run consecutive to his sentence imposed for aggravated flight from an officer.

 Smith currently has several other habeas applications pending before this court, Civil Action 06-1421 "R"(6), which was filed on or about March 10, 2006,  Civil Action 06-3521 "R"(6), filed on or about July 12, 2006, Civil Action 07-5287, filed on or about September 7, 2007, Civil Action 07-5567, filed on or about September 10, 2007, and Civil Action 07-8032, filed on November 27, 2007. Many of the claims raised in Smith's various habeas petitions appear duplicative and many claims arise out of the same convictions.

On August 15, 2007, Smith filed a motion to voluntarily dismiss the instant action as well as to voluntarily dismiss Civil Action 06-3521. (See Rec. Doc. 21) . No objection to the motion has been lodged by the State of Louisiana.[2]

---

[2]Counsel for the State was contacted and voiced no objection to this dismissal.

Accordingly, **IT IS  HEREBY RECOMMENDED**  that the instant petition filed

pursuant to 28 U.S.C. 2254 by Odis David Smith be VOLUNTARILY DISMISSED WITH

PREJUDICE.

New Orleans, Louisiana, this 28th day of November, 2007.

_____

LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO SERVE**:

Louisiana Attorney General,
District Attorney for St. Tammany Parish,

and,

Attorney Kathryn Landry
Ieyoub & Landry, L.L.C.