```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


ODIS DAVID SMITH                              CIVIL ACTION

VERSUS                                        NO. 06-3520,
                                              c/w 06-3521

WARDEN JEFFREY E. TRAVIS                      SECTION "R"(6)
```

**THIS ORDER APPLIES TO CIVIL ACTION NOS. 06-3520 AND 06-3521.**

## ORDER

On August 15, 2007, petitioner moved to dismiss the petitions for *habeas corpus* that he filed in Civil Action Nos. 06-3520 and 06-3521. The Magistrate Judge recommends granting petitioner's motion for voluntary dismissal, and the petitioner has not objected to this recommendation. Having reviewed *de novo* the petition, the applicable law, and the Magistrate Judge's Report and Recommendation, and considering petitioner's failure to object, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

IT IS ORDERED that plaintiff's petitions for *habeas corpus* in Civil Action Nos. 06-3520 and 06-3521 are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 18th day of December, 2007.

                _____
                     SARAH S. VANCE
            UNITED STATES DISTRICT JUDGE